UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 25-0182-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| LUIS RAUL GONZALEZ-AREVALO (01) | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the Court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 27th day of October, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE